UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DOUGLAS CLAYTON					CIVIL ACTION

VERSUS						NO. 11-2276

JOHN W. STONE OIL DISTRIBUTORS, LLC		SECTION "C" (4)

ORDER

IT IS ORDERED that the plaintiff's motion to extend discovery deadline, previously noticed for hearing on September 12, 2012, is GRANTED. Rec. Docs. 50, 51. The defendant's opposition is noted. This is a first trial setting. In the event actual prejudice can be demonstrated, the Court will consider a motion to continue trial.

New Orleans, Louisiana, this 22nd day of August, 2012.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE